UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONIQUE COCKFIELD, | Civil No. C05-5256-KLS |
| Plaintiff, | |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER OF REMAND |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. Upon remand, the Administrative Law Judge (ALJ) will consolidate Plaintiff's applications that underlie this civil action with her subsequent applications currently pending on appeal at the Seattle hearing office; hold another hearing; and issue a new decision. The ALJ will consider all of the medical opinions of record; obtain medical expert testimony on the issue of whether Plaintiff's reticence to take medication is a symptom of

Page 1 ORDER OF REMAND - [C05-5256-KLS]

her impairment; reassess the severity of Plaintiff's impairments after August 2001; and continue the sequential evaluation process, as necessary and appropriate.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 31st day of October, 2005 .

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.hoch@ssa.gov

Page 2 ORDER OF REMAND - [C05-5256-KLS]