U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONIQUE COCKFIELD,<br><br>                    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security Administration,<br><br>                    Defendant. | NO.  C05-5256KLS<br><br>STIPULATION AND ORDER/JUDGMENT<br>RE ATTORNEY'S FEES AND COSTS |

STIPULATION

The parties, through their respective counsel, hereby stipulate and agree that the plaintiff should be awarded attorney's fees in the amount of $ 4,442.06, and expenses in the amount of $17.80 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, for a total judgement of $ 4,459.86.

DATED this 9th day of November 2005.


/s/ Charles W. Talbot                                  /s/ Carol A Hoch per phone
Charles W. Talbot, WSBA #7448              Carol A. Hoch, WSBA #9289
Attorney for Plaintiff                                 Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 1

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste.. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

ORDER/JUDGMENT

Based upon the foregoing stipulation, and the court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $4,442.06 and expenses of $17.80 under the Equal Access to Justice Act.

Dated this 10th day of November 2005.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/ Charles W. Talbot_____
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry:

/s/ Carol A. Hoch per phone call on 9/8/05_____
Carol A. Hoch, WSBA #9289
Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 2

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300